## BLACKSTONE *v.* WIDINCAMP.

ATKINSON, J. 1. This was an action for the price of certain fertilizer alleged to have been sold by the plaintiff to the defendant. On the trial it apppeared that the fertilizer was delivered by the plaintiff to the defendant's husband, and the controlling question was whether he was the agent for the defendant. The evidence was insufficient to show agency, and the verdict for the plaintiff was unauthorized.

2. The question was whether or not the defendant's husband was her agent; and it was erroneous, while instructing the jury, to submit the question whether the plaintiff had reasonable grounds to believe that the defendant's husband was acting as agent for her.

*Judgment reversed. All the Justices concur.*

AUGUST 19, 1916.

Complaint. Before Judge Sheppard. Tattnall superior court. July 5, 1915.

*H. H. Elders,* for plaintiff in error. *H. C. Beasley,* contra.